Jacob A. Walker (SBN 271217)
**BLOCK & LEVITON LLP**
400 Concar Drive
San Mateo CA 94402
(650) 781-0025
jake@blockleviton.com

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES KELLY, Derivatively on Behalf of BLOCK, INC., <br><br> Plaintiff, <br><br> v. <br><br> JACK DORSEY, AMRITA AHUJA, ROELOF BOTHA, AMY BROOKS, SHAWN CARTER, PAUL DEIGHTON, RANDY GARUTTI, JAMES MCKELVEY, MARY MEEKER, ANNA PATTERSON, SHARON ROTHSTEIN, LAWRENCE SUMMERS, and DAVID VINIAR, <br><br> Defendants, <br><br> and <br><br> BLOCK INC., <br><br> Nominal Defendant. | Case No.: 3:25-cv-03615 <br><br> **PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

1   Pursuant to Civil L.R. 79-5(f) and 7-11, Plaintiff James Kelly respectfully submits this
2   Administrative Motion to Consider Whether Another Party's Material Should be Sealed with
3   respect to certain portions of Plaintiff's Verified Shareholder Derivative Complaint (the
4   "Complaint").

   Certain portions of the Complaint contain information obtained from Nominal Defendant
   Block, Inc., ("Block") through a books and records demand pursuant to 8 *Del. C.* § 220, and Block
   designated certain of this information as confidential.  Plaintiff seeks to file the following
   information under seal:

| Document | Subject Matter | Proposed Sealed Portions |
|---|---|---|
| Complaint | Business information that Block may view as being designated confidential | P. 19:4-6; 9-13<br>P. 22:17-19<br>P. 27:10-11; 12-28<br>P. 28:1-4; 12-28<br>P. 29: 1-28<br>P. 30:1-16<br>P. 31:5-20; 22-23; 26-28<br>P. 32:1-20; 26-27<br>P. 33:1-23<br>P. 34:1-21; 27-28<br>P. 35:1-8; 10-20<br>P. 36:1-20; 25-28<br>P. 37:1-22<br>P. 38:1-22<br>P. 39:1-21<br>P. 40:1-21<br>P. 41:1-20<br>P. 42:1-25<br>P. 43:1-21<br>P. 44:1-23<br>P. 45:1-22<br>P. 46:1-19<br>P. 47:1-26<br>P. 48:2-4; 5-6; 7-22<br>P. 49:1-8; 10; 12-15; 21-27<br>P. 50:1-26<br>P. 51: 1-19<br>P. 52:1-19; 21-23<br>P. 53:1-16; 17-18; 22-24<br>P. 54:1-17; 18-21<br>P. 55:1-22<br>P. 56:1-3; 10-22<br>P. 57:1-18 |

| | | |
|---|---|---|
| | | P. 58:1-10; 11; 12-21 |
| | | P. 59:1-22 |
| | | P. 60:1-2; 3-4; 5-20 |
| | | P. 61:1-20; 26-27 |
| | | P. 62:1-20 |
| | | P. 63:1-20 |
| | | P. 64:1-2; 4-22 |
| | | P. 65:1-24 |
| | | P. 66:1-8; 10-19; 25-28 |
| | | P. 67:1-3 |
| | | P. 69:25-28 |
| | | P. 70:1; 13-15 |
| | | P. 74:6-12; 14-21 |
| | | P. 75:1-2; 4-20 |
| | | P. 84:10-22 |
| | | P. 85:1-4 |
| | | P. 95:26 |
| | | P. 96:1-9; 21-28 |
| | | P. 97:1-6 |

Plaintiff files this motion to afford Block the opportunity to file a declaration in support of sealing in accordance with L.R. 79-5(f)(3) within 7 days of this motion's filing.

Plaintiff respectfully requests that the Court permit the identified portions of the Complaint to be conditionally filed under seal.

April 24, 2025                                    Respectfully submitted,

*/s/ Jacob A. Walker*
Jacob A. Walker (SBN 271217)
**BLOCK & LEVITON LLP**
400 Concar Drive
San Mateo CA 94402
(650) 781-0025
jake@blockleviton.com

Jason Leviton (*pro hac vice* forthcoming)
Nathan Abelman (*pro hac vice* forthcoming)
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
(617) 398-5600
jason@blockleviton.com
nathan@blockleviton.com

Daniel B. Rehns (*pro hac vice* forthcoming)
Scott R. Jacobsen (*pro hac vice* forthcoming)
John W. Baylet (*pro hac vice* forthcoming)
**HACH      ROSE      SCHIRRIPA      &
CHEVERIE LLP**

112 Madison Avenue, 10th Floor
New York, New York 10016
(212) 213-8311
drehns@hrsclaw.com
sjacobsen@hrsclaw.com
JBaylet@hrsclaw.com

*Counsel for Plaintiff James Kelly*