Jacob A. Walker (SBN 271217)
**BLOCK & LEVITON LLP**
400 Concar Drive
San Mateo CA 94402
(650) 781-0025
jake@blockleviton.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES KELLY, Derivatively on Behalf of BLOCK, INC.,<br><br>Plaintiff,<br><br>v.<br><br>JACK DORSEY, AMRITA AHUJA, ROELOF BOTHA, AMY BROOKS, SHAWN CARTER, PAUL DEIGHTON, RANDY GARUTTI, JAMES MCKELVEY, MARY MEEKER, ANNA PATTERSON, SHARON ROTHSTEIN, LAWRENCE SUMMERS, and DAVID VINIAR,<br><br>Defendants,<br><br>and<br><br>BLOCK INC.,<br><br>Nominal Defendant. | Case No.: 3:25-cv-03615<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

- 2 -

1   Plaintiff James Kelly has filed an Administrative Motion to Consider Whether Block's
2   Material Should Be Sealed in connection with Plaintiff's Complaint ("Administrative Motion").
3   Having considered the Administrative Motion, the Court **GRANTS** the Administrative
4   Motion and **ORDERS** the documents conditionally sealed to afford Nominal Defendant Block,
5   Inc. the opportunity to file a statement and/or declaration in accordance with Civil Local Rule
6   79(f)(3).
7   **IT IS SO ORDERED.**

Date: _____

By _____
United States District Judge