1  Jacob A. Walker (SBN 271217)
   **BLOCK & LEVITON LLP**
2  400 Concar Drive
   San Mateo CA 94402
3  (650) 781-0025
   jake@blockleviton.com
4
   *Counsel for Plaintiff*
5

6                    **UNITED STATES DISTRICT COURT**
                     **NORTHERN DISTRICT OF CALIFORNIA**
7

8  | JAMES KELLY, Derivatively on Behalf of BLOCK, INC., | |
   |---|---|
9  | Plaintiff, | Case No.: 3:25-cv-03615 |
10 | v. | |
11 | JACK DORSEY, AMRITA AHUJA, ROELOF BOTHA, AMY BROOKS, SHAWN CARTER, PAUL DEIGHTON, RANDY GARUTTI, JAMES MCKELVEY, MARY MEEKER, ANNA PATTERSON, SHARON ROTHSTEIN, LAWRENCE SUMMERS, and DAVID VINIAR, | **PROOF OF SERVICE OF SEALED DOCUMENTS UPON COUNSEL FOR BLOCK INC.** |
12 | Defendants, | |
13 | and | |
14 | BLOCK INC., | |
15 | Nominal Defendant. | |

- 1 -
PROOF OF SERVICE

I, Jacob A. Walker, am an attorney at Block & Leviton LLP, counsel for Plaintiff James Kelly in the above-captioned action.

I arranged for the following documents to be served upon counsel for Nominal Defendant Block, Inc.:

- Administrative Motion to Consider Whether Block, Inc.'s Materials Should be Sealed
- Complaint

by serving a true copy of the above-described documents via electronic mail to:

> Audra J. Soloway
> Matthew D. Stachel
> Kristina A. Bunting
> Paul, Weiss, Rifkind, Wharton & Garrison LLP
> 1285 Avenue of the Americas
> New York, NY 10019
> asoloway@paulweiss.com
> mstachel@paulweiss.com
> kbunting@paulweiss.com

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on April 24, 2025

/s/ Jacob A. Walker_____
Jacob A. Walker