GIBSON, DUNN & CRUTCHER LLP
BRIAN M. LUTZ, SBN 255976
   blutz@gibsondunn.com
One Embarcadero Center
Suite 2600
San Francisco, California 94111-3715
Telephone: 415.393.8200

JESSICA VALENZUELA, SBN 220934
   jvalenzuela@gibsondunn.com
310 University Avenue
Palo Alto, CA 94301
Telephone: 650.849.5300

COLIN B. DAVIS, SBN 273942
   cdavis@gibsondunn.com
3161 Michelson Drive, Suite 1200
Irvine, CA 92612
Telephone: 949.451.3800

*Attorneys for Nominal Defendant Block, Inc. and Defendants Jack Dorsey, Amrita Ahuja, Roelof Botha, Amy Brooks, Shawn Carter, Paul Deighton, Randy Garutti, James Mckelvey, Mary Meeker, Anna Patterson, Sharon Rothstein, Lawrence Summers, and David Viniar*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JAMES KELLY, Derivatively on Behalf of BLOCK, INC., <br><br> Plaintiff, <br><br> v. <br><br> JACK DORSEY, AMRITA AHUJA, ROELOF BOTHA, AMY BROOKS, SHAWN CARTER, PAUL DEIGHTON, RANDY GARUTTI, JAMES MCKELVEY, MARY MEEKER, ANNA PATTERSON, SHARON ROTHSTEIN, LAWRENCE SUMMERS, and DAVID VINIAR, <br><br> Defendant. <br><br> and <br><br> BLOCK INC., <br> Nominal Defendant. | CASE NO. 4:25-cv-03615-KAW <br><br> **[PROPOSED] ORDER REGARDING PLAINTIFF'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT** <br><br> Date Action Filed: April 24, 2025 |

On April 24, 2025, Plaintiff filed the Verified Shareholder Derivative Complaint ("Complaint"). Dkt. 1. Plaintiff also submitted an administrative motion seeking to file under seal certain portions of the Complaint referring to Nominal Defendant Block, Inc. ("Block")'s confidential information (the "Administrative Motion"). Dkt. 3.

On May 1, 2025, Block filed a Response to Plaintiff's Administrative Motion to Seal (the "Response") requesting that its confidential information be maintained under seal and submitting its own version of the redacted Complaint to address minor inconsistencies in Plaintiff's redactions. *See* Exhibit A to the Declaration of Brian M. Lutz in support of Block's Response to Plaintiff's Administrative Motion to Seal ("Exhibit A").

Upon review and consideration of the Administrative Motion and Response, it is hereby ORDERED that:

(1) the Administrative Motion is GRANTED; and

(2) compelling reasons exist to seal the portions of the Complaint identified in Block's Response. Accordingly, the Complaint at Docket Number 1 shall be sealed in its entirety. The Court adopts the proposed redactions reflected in Exhibit A. Specifically, the portions of the Complaint to be sealed are:

| Portions to be Sealed | Subject Matter |
|---|---|
| P. 3:9-11 | Board and Audit and Risk Committee deliberations and materials; highly sensitive information about Block's strategies, practices and operations, including details regarding the operations of its proprietary risk control and anti-fraud systems, internal data and conclusions reflecting the results of those systems, and high-level company business strategy. |
| P: 8:7-9 | Board and Audit and Risk Committee deliberations and materials; highly sensitive information about Block's strategies, practices and operations, including details regarding the operations of its proprietary risk control and anti-fraud systems, internal data and conclusions reflecting the results of those systems, and high-level company business strategy. |
| P. 20:4-6; 9-14 | Board and Audit and Risk Committee deliberations and materials. |
| P. 22:17-19 | Board and Audit and Risk Committee deliberations and materials. |

| Portions to be Sealed | Subject Matter |
|---|---|
| P. 27:12-28 | Board and Audit and Risk Committee deliberations and materials; highly sensitive information about Block's strategies, practices and operations, including details regarding the operations of its proprietary risk control and anti-fraud systems, internal data and conclusions reflecting the results of those systems, and high-level company business strategy. |
| P. 28:1-4; 12-27 | Board and Audit and Risk Committee deliberations and materials; highly sensitive information about Block's strategies, practices and operations, including details regarding the operations of its proprietary risk control and anti-fraud systems, internal data and conclusions reflecting the results of those systems, and high-level company business strategy. |
| P. 29:1-28 | Board and Audit and Risk Committee deliberations and materials; highly sensitive information about Block's strategies, practices and operations, including details regarding the operations of its proprietary risk control and anti-fraud systems, internal data and conclusions reflecting the results of those systems, and high-level company business strategy. |
| P. 30:1-16 | Board and Audit and Risk Committee deliberations and materials; highly sensitive information about Block's strategies, practices and operations, including details regarding the operations of its proprietary risk control and anti-fraud systems, internal data and conclusions reflecting the results of those systems, and high-level company business strategy. |
| P. 31:5-20; 22-23; 26-28 | Board and Audit and Risk Committee deliberations and materials; highly sensitive information about Block's strategies, practices and operations, including details regarding the operations of its proprietary risk control and anti-fraud systems, internal data and conclusions reflecting the results of those systems, and high-level company business strategy. |
| P. 32:11-18; 19-20; 26-27 | Board and Audit and Risk Committee deliberations and materials; highly sensitive information about Block's strategies, practices and operations, including details regarding the operations of its proprietary risk control and anti-fraud systems, internal data and conclusions reflecting the results of those systems, and high-level company business strategy. |
| P. 33:1-15; 17-23 | Board and Audit and Risk Committee deliberations and materials; highly sensitive information about Block's strategies, practices and operations, including details regarding the operations of its proprietary risk control and anti-fraud systems, internal data and conclusions reflecting the results of those systems, and high-level company business strategy. |

| Portions to be Sealed | Subject Matter |
|---|---|
| P. 34:1-21; 27-28 | Board and Audit and Risk Committee deliberations and materials; highly sensitive information about Block's strategies, practices and operations, including details regarding the operations of its proprietary risk control and anti-fraud systems, internal data and conclusions reflecting the results of those systems, and high-level company business strategy. |
| P. 35:1-8; 10; 12-20 | Board and Audit and Risk Committee deliberations and materials; highly sensitive information about Block's strategies, practices and operations, including details regarding the operations of its proprietary risk control and anti-fraud systems, internal data and conclusions reflecting the results of those systems, and high-level company business strategy. |
| P. 36:1-20; 25-28 | Board and Audit and Risk Committee deliberations and materials; highly sensitive information about Block's strategies, practices and operations, including details regarding the operations of its proprietary risk control and anti-fraud systems, internal data and conclusions reflecting the results of those systems, and high-level company business strategy. |
| P. 37:1-22 | Board and Audit and Risk Committee deliberations and materials; highly sensitive information about Block's strategies, practices and operations, including details regarding the operations of its proprietary risk control and anti-fraud systems, internal data and conclusions reflecting the results of those systems, and high-level company business strategy. |
| P. 38:1-22 | Board and Audit and Risk Committee deliberations and materials; highly sensitive information about Block's strategies, practices and operations, including details regarding the operations of its proprietary risk control and anti-fraud systems, internal data and conclusions reflecting the results of those systems, and high-level company business strategy. |
| P. 39:1-21 | Board and Audit and Risk Committee deliberations and materials; highly sensitive information about Block's strategies, practices and operations, including details regarding the operations of its proprietary risk control and anti-fraud systems, internal data and conclusions reflecting the results of those systems, and high-level company business strategy. |
| P. 40:1-21 | Board and Audit and Risk Committee deliberations and materials; highly sensitive information about Block's strategies, practices and operations, including details regarding the operations of its proprietary risk control and anti-fraud systems, internal data and conclusions reflecting the results of those systems, and high-level company business strategy. |

| Portions to be Sealed | Subject Matter |
|---|---|
| P. 41:1-20 | Board and Audit and Risk Committee deliberations and materials; highly sensitive information about Block's strategies, practices and operations, including details regarding the operations of its proprietary risk control and anti-fraud systems, internal data and conclusions reflecting the results of those systems, and high-level company business strategy. |
| P. 42:1-25 | Board and Audit and Risk Committee deliberations and materials; highly sensitive information about Block's strategies, practices and operations, including details regarding the operations of its proprietary risk control and anti-fraud systems, internal data and conclusions reflecting the results of those systems, and high-level company business strategy. |
| P. 43:1-21 | Board and Audit and Risk Committee deliberations and materials; highly sensitive information about Block's strategies, practices and operations, including details regarding the operations of its proprietary risk control and anti-fraud systems, internal data and conclusions reflecting the results of those systems, and high-level company business strategy. |
| P. 44:1-23 | Board and Audit and Risk Committee deliberations and materials; highly sensitive information about Block's strategies, practices and operations, including details regarding the operations of its proprietary risk control and anti-fraud systems, internal data and conclusions reflecting the results of those systems, and high-level company business strategy. |
| P. 45:1-22 | Board and Audit and Risk Committee deliberations and materials; highly sensitive information about Block's strategies, practices and operations, including details regarding the operations of its proprietary risk control and anti-fraud systems, internal data and conclusions reflecting the results of those systems, and high-level company business strategy. |
| P. 46:1-2; 4-19 | Board and Audit and Risk Committee deliberations and materials; highly sensitive information about Block's strategies, practices and operations, including details regarding the operations of its proprietary risk control and anti-fraud systems, internal data and conclusions reflecting the results of those systems, and high-level company business strategy. |
| P. 47:1-26 | Board and Audit and Risk Committee deliberations and materials; highly sensitive information about Block's strategies, practices and operations, including details regarding the operations of its proprietary risk control and anti-fraud systems, internal data and conclusions reflecting the results of those systems, and high-level company business strategy. |

| Portions to be Sealed | Subject Matter |
|---|---|
| P. 48:2-4; 5-6; 7-22 | Board and Audit and Risk Committee deliberations and materials; highly sensitive information about Block's strategies, practices and operations, including details regarding the operations of its proprietary risk control and anti-fraud systems, internal data and conclusions reflecting the results of those systems, and high-level company business strategy. |
| P. 49:1-8; 10; 12-15; 21-27 | Board and Audit and Risk Committee deliberations and materials; highly sensitive information about Block's strategies, practices and operations, including details regarding the operations of its proprietary risk control and anti-fraud systems, internal data and conclusions reflecting the results of those systems, and high-level company business strategy. |
| P. 50:1-26 | Board and Audit and Risk Committee deliberations and materials; highly sensitive information about Block's strategies, practices and operations, including details regarding the operations of its proprietary risk control and anti-fraud systems, internal data and conclusions reflecting the results of those systems, and high-level company business strategy. |
| P. 51: 1-19 | Board and Audit and Risk Committee deliberations and materials; highly sensitive information about Block's strategies, practices and operations, including details regarding the operations of its proprietary risk control and anti-fraud systems, internal data and conclusions reflecting the results of those systems, and high-level company business strategy. |
| P. 52:1-19; 21-23 | Board and Audit and Risk Committee deliberations and materials; highly sensitive information about Block's strategies, practices and operations, including details regarding the operations of its proprietary risk control and anti-fraud systems, internal data and conclusions reflecting the results of those systems, and high-level company business strategy. |
| P. 53:1-16; 17-18; 22-24 | Board and Audit and Risk Committee deliberations and materials; highly sensitive information about Block's strategies, practices and operations, including details regarding the operations of its proprietary risk control and anti-fraud systems, internal data and conclusions reflecting the results of those systems, and high-level company business strategy. |
| P. 54:1-17; 18-21 | Board and Audit and Risk Committee deliberations and materials; highly sensitive information about Block's strategies, practices and operations, including details regarding the operations of its proprietary risk control and anti-fraud systems, internal data and conclusions reflecting the results of those systems, and high-level company business strategy. |

| Portions to be Sealed | Subject Matter |
|---|---|
| P. 55:1-22 | Board and Audit and Risk Committee deliberations and materials; highly sensitive information about Block's strategies, practices and operations, including details regarding the operations of its proprietary risk control and anti-fraud systems, internal data and conclusions reflecting the results of those systems, and high-level company business strategy. |
| P. 56:1-3; 10-22 | Board and Audit and Risk Committee deliberations and materials; highly sensitive information about Block's strategies, practices and operations, including details regarding the operations of its proprietary risk control and anti-fraud systems, internal data and conclusions reflecting the results of those systems, and high-level company business strategy. |
| P. 57:1-18 | Board and Audit and Risk Committee deliberations and materials; highly sensitive information about Block's strategies, practices and operations, including details regarding the operations of its proprietary risk control and anti-fraud systems, internal data and conclusions reflecting the results of those systems, and high-level company business strategy. |
| P. 58:1-10; 11; 12-21 | Board and Audit and Risk Committee deliberations and materials; highly sensitive information about Block's strategies, practices and operations, including details regarding the operations of its proprietary risk control and anti-fraud systems, internal data and conclusions reflecting the results of those systems, and high-level company business strategy. |
| P. 59:1-22 | Board and Audit and Risk Committee deliberations and materials; highly sensitive information about Block's strategies, practices and operations, including details regarding the operations of its proprietary risk control and anti-fraud systems, internal data and conclusions reflecting the results of those systems, and high-level company business strategy. |
| P. 60:1-2; 3-4; 5-20 | Board and Audit and Risk Committee deliberations and materials; highly sensitive information about Block's strategies, practices and operations, including details regarding the operations of its proprietary risk control and anti-fraud systems, internal data and conclusions reflecting the results of those systems, and high-level company business strategy. |
| P. 61:1-20; 26-27 | Board and Audit and Risk Committee deliberations and materials; highly sensitive information about Block's strategies, practices and operations, including details regarding the operations of its proprietary risk control and anti-fraud systems, internal data and conclusions reflecting the results of those systems, and high-level company business strategy. |

| Portions to be Sealed | Subject Matter |
|---|---|
| P. 62:1-20 | Board and Audit and Risk Committee deliberations and materials; highly sensitive information about Block's strategies, practices and operations, including details regarding the operations of its proprietary risk control and anti-fraud systems, internal data and conclusions reflecting the results of those systems, and high-level company business strategy. |
| P. 63:1-20 | Board and Audit and Risk Committee deliberations and materials; highly sensitive information about Block's strategies, practices and operations, including details regarding the operations of its proprietary risk control and anti-fraud systems, internal data and conclusions reflecting the results of those systems, and high-level company business strategy. |
| P. 64:1-2; 4-22 | Board and Audit and Risk Committee deliberations and materials; highly sensitive information about Block's strategies, practices and operations, including details regarding the operations of its proprietary risk control and anti-fraud systems, internal data and conclusions reflecting the results of those systems, and high-level company business strategy. |
| P. 65:1-24 | Board and Audit and Risk Committee deliberations and materials; highly sensitive information about Block's strategies, practices and operations, including details regarding the operations of its proprietary risk control and anti-fraud systems, internal data and conclusions reflecting the results of those systems, and high-level company business strategy. |
| P. 66:1-8; 10-14; 16-19; 25-28 | Board and Audit and Risk Committee deliberations and materials; highly sensitive information about Block's strategies, practices and operations, including details regarding the operations of its proprietary risk control and anti-fraud systems, internal data and conclusions reflecting the results of those systems, and high-level company business strategy. |
| P. 67:1-3 | Board and Audit and Risk Committee deliberations and materials; highly sensitive information about Block's strategies, practices and operations, including details regarding the operations of its proprietary risk control and anti-fraud systems, internal data and conclusions reflecting the results of those systems, and high-level company business strategy. |
| P. 69:25-28 | Board and Audit and Risk Committee deliberations and materials; highly sensitive information about Block's strategies, practices and operations, including details regarding the operations of its proprietary risk control and anti-fraud systems, internal data and conclusions reflecting the results of those systems, and high-level company business strategy. |

| Portions to be Sealed | Subject Matter |
| --- | --- |
| P. 70:1; 13-15 | Board and Audit and Risk Committee deliberations and materials; highly sensitive information about Block's strategies, practices and operations, including details regarding the operations of its proprietary risk control and anti-fraud systems, internal data and conclusions reflecting the results of those systems, and high-level company business strategy. |
| P. 74:6-12; 14-21 | Board and Audit and Risk Committee deliberations and materials; highly sensitive information about Block's strategies, practices and operations, including details regarding the operations of its proprietary risk control and anti-fraud systems, internal data and conclusions reflecting the results of those systems, and high-level company business strategy. |
| P. 75:1-2; 4-20 | Board and Audit and Risk Committee deliberations and materials; highly sensitive information about Block's strategies, practices and operations, including details regarding the operations of its proprietary risk control and anti-fraud systems, internal data and conclusions reflecting the results of those systems, and high-level company business strategy. |
| P. 84:10-22 | Board and Audit and Risk Committee deliberations and materials; highly sensitive information about Block's strategies, practices and operations, including details regarding the operations of its proprietary risk control and anti-fraud systems, internal data and conclusions reflecting the results of those systems, and high-level company business strategy. |
| P. 85:1-4 | Board and Audit and Risk Committee deliberations and materials; highly sensitive information about Block's strategies, practices and operations, including details regarding the operations of its proprietary risk control and anti-fraud systems, internal data and conclusions reflecting the results of those systems, and high-level company business strategy. |
| P. 95:26 | Board and Audit and Risk Committee deliberations and materials; highly sensitive information about Block's strategies, practices and operations, including details regarding the operations of its proprietary risk control and anti-fraud systems, internal data and conclusions reflecting the results of those systems, and high-level company business strategy. |
| P. 96:1-4; 7-9; 21-28 | Board and Audit and Risk Committee deliberations and materials; highly sensitive information about Block's strategies, practices and operations, including details regarding the operations of its proprietary risk control and anti-fraud systems, internal data and conclusions reflecting the results of those systems, and high-level company business strategy. |

| Portions to be Sealed | Subject Matter |
|---|---|
| P. 97:2-8 | Board and Audit and Risk Committee deliberations and materials; highly sensitive information about Block's strategies, practices and operations, including details regarding the operations of its proprietary risk control and anti-fraud systems, internal data and conclusions reflecting the results of those systems, and high-level company business strategy. |

IT IS SO ORDERED.

DATED:

_____
THE HONORABLE KANDIS A. WESTMORE