GIBSON, DUNN & CRUTCHER LLP
BRIAN M. LUTZ, SBN 255976
   blutz@gibsondunn.com
One Embarcadero Center
Suite 2600
San Francisco, California 94111-3715
Telephone: 415.393.8200

JESSICA VALENZUELA, SBN 220934
   jvalenzuela@gibsondunn.com
310 University Avenue
Palo Alto, CA 94301
Telephone: 650.849.5300

COLIN B. DAVIS, SBN 273942
   cdavis@gibsondunn.com
3161 Michelson Drive, Suite 1200
Irvine, CA 92612
Telephone: 949.451.3800

*Attorneys for Nominal Defendant Block, Inc. and Defendants Jack Dorsey, Amrita Ahuja, Roelof Botha, Amy Brooks, Shawn Carter, Paul Deighton, Randy Garutti, James Mckelvey, Mary Meeker, Anna Patterson, Sharon Rothstein, Lawrence Summers, and David Viniar*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JAMES KELLY, Derivatively on Behalf of BLOCK, INC.,<br><br>        Plaintiff,<br><br>  v.<br><br>JACK DORSEY, AMRITA AHUJA, ROELOF BOTHA, AMY BROOKS, SHAWN CARTER, PAUL DEIGHTON, RANDY GARUTTI, JAMES MCKELVEY, MARY MEEKER, ANNA PATTERSON, SHARON ROTHSTEIN, LAWRENCE SUMMERS, and DAVID VINIAR,<br><br>        Defendant.<br><br>and<br><br>BLOCK INC.,<br>        Nominal Defendant. | CASE NO. 4:25-cv-03615-KAW<br><br>**DECLARATION OF BRIAN M. LUTZ IN RESPONSE TO PLAINTIFF'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT**<br><br>Date Action Filed: April 24, 2025 |

I, Brian M. Lutz, declare as follows:

1. I am an attorney duly licensed by the State Bars of California and New York and admitted to practice before this Court. I am a partner in the law firm of Gibson, Dunn & Crutcher LLP and am counsel of record for Defendants in this action. I make this declaration in response to Plaintiff's Administrative Motion to Seal Portions of the Verified Shareholder Derivative Complaint. Dkt. 3. I have personal knowledge of the facts set forth below, and, if called as a witness, I could and would testify competently thereto.

2. On July 17, 2023, Plaintiff James Kelly ("Plaintiff") made a demand on Block, Inc. ("Block") to inspect certain of Block's books and records pursuant to Section 220 of the Delaware General Corporation Law (the "Demand"). On November 30, 2023, Plaintiff and Block executed a Confidentiality and Non-Disclosure Agreement (the "Confidentiality Agreement") regarding documents produced in response to the Demand.

3. Pursuant to the Confidentiality Agreement, the documents Block provided to Plaintiff Kelly in response to his Demand contained "non-public, confidential, proprietary or commercially sensitive information of [Block]."

4. The Confidentiality Agreement further provided that if Plaintiff commenced a lawsuit using confidential material produced in response to the Demand, he would comply with all applicable law and court rules governing confidential treatment for complaints and take all steps reasonably necessary to ensure that Block could seek the continued confidentiality of all confidential material.

5. On April 24, 2025, Plaintiff filed the Verified Shareholder Derivative Complaint ("Complaint"). Dkt. 1. The Complaint includes quotes from and references to material designated confidential by Block pursuant to the Confidentiality Agreement.

6. Block respectfully requests the Court seal the Complaint at Docket Number 1 in its entirety and adopt the limited redactions identified in Exhibit A attached hereto. Block submits its own proposed redactions to ensure that the redactions to the Complaint are consistent and narrowly tailored. Exhibit A proposes minimal additional redactions to ensure that sensitive and detailed non-public information that is properly redacted in certain portions of the Complaint is redacted consistently

throughout. Exhibit A also proposes that certain portions of the Complaint initially redacted be unredacted.

7. There are compelling reasons to seal the redacted material identified in Exhibit A.

8. The Complaint refers to discussions, deliberations, and priorities of Block's Board of Directors ("Board") and its Audit and Risk Committee, which assists the Board on certain financial, accounting, and compliance matters. The Complaint also refers to materials reviewed by and informing discussions between and among the Board and Audit and Risk Committee. Block takes care to maintain the confidentiality of these materials in the ordinary course and does not disclose Board of Director and Audit and Risk minutes and materials publicly, as evidenced by, *inter alia*, the Confidentiality Agreement.

9. The Complaint also quotes and summarizes highly sensitive information about Block's strategies, practices, and operations, including details regarding the operations of its proprietary risk control and anti-fraud systems, internal data and conclusions reflecting the results of those systems, and high-level business strategies. This information is derived from confidential Board and Audit and Risk Committee minutes and materials. Public disclosure of details and data concerning these approaches, processes, and technologies described above would allow competitors to gain insight into these practices and use those strategies to Block's competitive disadvantage. *See Cowan v. G.E. Cap. Retail Bank*, 2015 WL 1324848, at *3 (N.D. Cal. Mar. 24, 2015). Further, if details concerning Block's fraud prevention and risk control processes were made public, bad actors could attempt to use this information to circumvent those protections and commit fraud or conduct other illicit activity on Block's platform. *See In re Bank of Am. Cal. Unemployment Benefits Litig.*, 2024 WL 4820704, at *4 (S.D. Cal. Nov. 12, 2024). Because the redacted portions of the Complaint include specific details about Block's investigative processes, controls, and monitoring technologies, public disclosure presents a real and present security risk to Block and its users.

10. Block has identified sensitive and detailed non-public information that is properly redacted in certain portions of the Complaint but not in others. To ensure that its request to seal is consistent and narrowly tailored, Block proposes the following minimal additional redactions as reflected in Exhibit A:

1    a. P. 3:9-11[1]

2    b. P. 8:7-9[2]

3    c. P. 20:13-14[3]

4    11.   Block has also identified portions of the Complaint redacted by Plaintiff that do not require sealing. Accordingly, and to ensure that its request to seal is narrowly tailored, Exhibit A does not redact the following portions of the Complaint originally redacted by Plaintiff:

7    a. P. 27:10-11

8    b. P. 32:19

9    c. P. 33:16-17

10   d. P. 35:10-11

11   e. P. 46:2-4

12   f. P. 66:15-16

13   g. P. 96:5-7

14   h. P. 97:1-2

15   12.   The chart below represents the confidential material redacted in Exhibit A that Block requests the Court permanently seal.

| Proposed Portions to be Sealed | Subject Matter |
| --- | --- |
| P. 3:9-11 | Board and Audit and Risk Committee deliberations and materials; highly sensitive information about Block's strategies, practices and operations, including details regarding the operations of its proprietary risk control and anti-fraud systems, internal data and conclusions reflecting the results of those systems, and high-level company business strategy. |
| P: 8:7-9 | Board and Audit and Risk Committee deliberations and materials; highly sensitive information about Block's strategies, practices and operations, including details regarding the operations of its proprietary risk control and anti-fraud systems, internal data and conclusions reflecting the results of those systems, and high-level company business strategy. |

---

[1] This portion of the Complaint is properly redacted at P. 64:1-2.

[2] This portion of the Complaint is derived from Block's books and records and derivative of information properly redacted at, for example, P. 34:1-21, 34:19-35:1, 36:14-19, and 64:4-22.

[3] This portion of the Complaint is derived from Block's books and records and otherwise derivative of information properly redacted at P. 20:9-13.

3

| Proposed Portions to be Sealed | Subject Matter |
|---|---|
| P. 20:4-6; 9-14 | Board and Audit and Risk Committee deliberations and materials. |
| P. 22:17-19 | Board and Audit and Risk Committee deliberations and materials. |
| P. 27:12-28 | Board and Audit and Risk Committee deliberations and materials; highly sensitive information about Block's strategies, practices and operations, including details regarding the operations of its proprietary risk control and anti-fraud systems, internal data and conclusions reflecting the results of those systems, and high-level company business strategy. |
| P. 28:1-4; 12-27 | Board and Audit and Risk Committee deliberations and materials; highly sensitive information about Block's strategies, practices and operations, including details regarding the operations of its proprietary risk control and anti-fraud systems, internal data and conclusions reflecting the results of those systems, and high-level company business strategy. |
| P. 29:1-28 | Board and Audit and Risk Committee deliberations and materials; highly sensitive information about Block's strategies, practices and operations, including details regarding the operations of its proprietary risk control and anti-fraud systems, internal data and conclusions reflecting the results of those systems, and high-level company business strategy. |
| P. 30:1-16 | Board and Audit and Risk Committee deliberations and materials; highly sensitive information about Block's strategies, practices and operations, including details regarding the operations of its proprietary risk control and anti-fraud systems, internal data and conclusions reflecting the results of those systems, and high-level company business strategy. |
| P. 31:5-20; 22-23; 26-28 | Board and Audit and Risk Committee deliberations and materials; highly sensitive information about Block's strategies, practices and operations, including details regarding the operations of its proprietary risk control and anti-fraud systems, internal data and conclusions reflecting the results of those systems, and high-level company business strategy. |
| P. 32:11-18; 19-20; 26-27 | Board and Audit and Risk Committee deliberations and materials; highly sensitive information about Block's strategies, practices and operations, including details regarding the operations of its proprietary risk control and anti-fraud systems, internal data and conclusions reflecting the results of those systems, and high-level company business strategy. |
| P. 33:1-15; 17-23 | Board and Audit and Risk Committee deliberations and materials; highly sensitive information about Block's strategies, practices and operations, including details regarding the operations of its proprietary risk control and anti-fraud systems, internal data and conclusions reflecting the results of those systems, and high-level company business strategy. |

| Proposed Portions to be Sealed | Subject Matter |
|---|---|
| P. 34:1-21; 27-28 | Board and Audit and Risk Committee deliberations and materials; highly sensitive information about Block's strategies, practices and operations, including details regarding the operations of its proprietary risk control and anti-fraud systems, internal data and conclusions reflecting the results of those systems, and high-level company business strategy. |
| P. 35:1-8; 10; 12-20 | Board and Audit and Risk Committee deliberations and materials; highly sensitive information about Block's strategies, practices and operations, including details regarding the operations of its proprietary risk control and anti-fraud systems, internal data and conclusions reflecting the results of those systems, and high-level company business strategy. |
| P. 36:1-20; 25-28 | Board and Audit and Risk Committee deliberations and materials; highly sensitive information about Block's strategies, practices and operations, including details regarding the operations of its proprietary risk control and anti-fraud systems, internal data and conclusions reflecting the results of those systems, and high-level company business strategy. |
| P. 37:1-22 | Board and Audit and Risk Committee deliberations and materials; highly sensitive information about Block's strategies, practices and operations, including details regarding the operations of its proprietary risk control and anti-fraud systems, internal data and conclusions reflecting the results of those systems, and high-level company business strategy. |
| P. 38:1-22 | Board and Audit and Risk Committee deliberations and materials; highly sensitive information about Block's strategies, practices and operations, including details regarding the operations of its proprietary risk control and anti-fraud systems, internal data and conclusions reflecting the results of those systems, and high-level company business strategy. |
| P. 39:1-21 | Board and Audit and Risk Committee deliberations and materials; highly sensitive information about Block's strategies, practices and operations, including details regarding the operations of its proprietary risk control and anti-fraud systems, internal data and conclusions reflecting the results of those systems, and high-level company business strategy. |
| P. 40:1-21 | Board and Audit and Risk Committee deliberations and materials; highly sensitive information about Block's strategies, practices and operations, including details regarding the operations of its proprietary risk control and anti-fraud systems, internal data and conclusions reflecting the results of those systems, and high-level company business strategy. |

| Proposed Portions to be Sealed | Subject Matter |
|---|---|
| P. 41:1-20 | Board and Audit and Risk Committee deliberations and materials; highly sensitive information about Block's strategies, practices and operations, including details regarding the operations of its proprietary risk control and anti-fraud systems, internal data and conclusions reflecting the results of those systems, and high-level company business strategy. |
| P. 42:1-25 | Board and Audit and Risk Committee deliberations and materials; highly sensitive information about Block's strategies, practices and operations, including details regarding the operations of its proprietary risk control and anti-fraud systems, internal data and conclusions reflecting the results of those systems, and high-level company business strategy. |
| P. 43:1-21 | Board and Audit and Risk Committee deliberations and materials; highly sensitive information about Block's strategies, practices and operations, including details regarding the operations of its proprietary risk control and anti-fraud systems, internal data and conclusions reflecting the results of those systems, and high-level company business strategy. |
| P. 44:1-23 | Board and Audit and Risk Committee deliberations and materials; highly sensitive information about Block's strategies, practices and operations, including details regarding the operations of its proprietary risk control and anti-fraud systems, internal data and conclusions reflecting the results of those systems, and high-level company business strategy. |
| P. 45:1-22 | Board and Audit and Risk Committee deliberations and materials; highly sensitive information about Block's strategies, practices and operations, including details regarding the operations of its proprietary risk control and anti-fraud systems, internal data and conclusions reflecting the results of those systems, and high-level company business strategy. |
| P. 46:1-2; 4-19 | Board and Audit and Risk Committee deliberations and materials; highly sensitive information about Block's strategies, practices and operations, including details regarding the operations of its proprietary risk control and anti-fraud systems, internal data and conclusions reflecting the results of those systems, and high-level company business strategy. |
| P. 47:1-26 | Board and Audit and Risk Committee deliberations and materials; highly sensitive information about Block's strategies, practices and operations, including details regarding the operations of its proprietary risk control and anti-fraud systems, internal data and conclusions reflecting the results of those systems, and high-level company business strategy. |

| Proposed Portions to be Sealed | Subject Matter |
|---|---|
| P. 48:2-4; 5-6; 7-22 | Board and Audit and Risk Committee deliberations and materials; highly sensitive information about Block's strategies, practices and operations, including details regarding the operations of its proprietary risk control and anti-fraud systems, internal data and conclusions reflecting the results of those systems, and high-level company business strategy. |
| P. 49:1-8; 10; 12-15; 21-27 | Board and Audit and Risk Committee deliberations and materials; highly sensitive information about Block's strategies, practices and operations, including details regarding the operations of its proprietary risk control and anti-fraud systems, internal data and conclusions reflecting the results of those systems, and high-level company business strategy. |
| P. 50:1-26 | Board and Audit and Risk Committee deliberations and materials; highly sensitive information about Block's strategies, practices and operations, including details regarding the operations of its proprietary risk control and anti-fraud systems, internal data and conclusions reflecting the results of those systems, and high-level company business strategy. |
| P. 51: 1-19 | Board and Audit and Risk Committee deliberations and materials; highly sensitive information about Block's strategies, practices and operations, including details regarding the operations of its proprietary risk control and anti-fraud systems, internal data and conclusions reflecting the results of those systems, and high-level company business strategy. |
| P. 52:1-19; 21-23 | Board and Audit and Risk Committee deliberations and materials; highly sensitive information about Block's strategies, practices and operations, including details regarding the operations of its proprietary risk control and anti-fraud systems, internal data and conclusions reflecting the results of those systems, and high-level company business strategy. |
| P. 53:1-16; 17-18; 22-24 | Board and Audit and Risk Committee deliberations and materials; highly sensitive information about Block's strategies, practices and operations, including details regarding the operations of its proprietary risk control and anti-fraud systems, internal data and conclusions reflecting the results of those systems, and high-level company business strategy. |
| P. 54:1-17; 18-21 | Board and Audit and Risk Committee deliberations and materials; highly sensitive information about Block's strategies, practices and operations, including details regarding the operations of its proprietary risk control and anti-fraud systems, internal data and conclusions reflecting the results of those systems, and high-level company business strategy. |

| Proposed Portions to be Sealed | Subject Matter |
|---|---|
| P. 55:1-22 | Board and Audit and Risk Committee deliberations and materials; highly sensitive information about Block's strategies, practices and operations, including details regarding the operations of its proprietary risk control and anti-fraud systems, internal data and conclusions reflecting the results of those systems, and high-level company business strategy. |
| P. 56:1-3; 10-22 | Board and Audit and Risk Committee deliberations and materials; highly sensitive information about Block's strategies, practices and operations, including details regarding the operations of its proprietary risk control and anti-fraud systems, internal data and conclusions reflecting the results of those systems, and high-level company business strategy. |
| P. 57:1-18 | Board and Audit and Risk Committee deliberations and materials; highly sensitive information about Block's strategies, practices and operations, including details regarding the operations of its proprietary risk control and anti-fraud systems, internal data and conclusions reflecting the results of those systems, and high-level company business strategy. |
| P. 58:1-10; 11; 12-21 | Board and Audit and Risk Committee deliberations and materials; highly sensitive information about Block's strategies, practices and operations, including details regarding the operations of its proprietary risk control and anti-fraud systems, internal data and conclusions reflecting the results of those systems, and high-level company business strategy. |
| P. 59:1-22 | Board and Audit and Risk Committee deliberations and materials; highly sensitive information about Block's strategies, practices and operations, including details regarding the operations of its proprietary risk control and anti-fraud systems, internal data and conclusions reflecting the results of those systems, and high-level company business strategy. |
| P. 60:1-2; 3-4; 5-20 | Board and Audit and Risk Committee deliberations and materials; highly sensitive information about Block's strategies, practices and operations, including details regarding the operations of its proprietary risk control and anti-fraud systems, internal data and conclusions reflecting the results of those systems, and high-level company business strategy. |
| P. 61:1-20; 26-27 | Board and Audit and Risk Committee deliberations and materials; highly sensitive information about Block's strategies, practices and operations, including details regarding the operations of its proprietary risk control and anti-fraud systems, internal data and conclusions reflecting the results of those systems, and high-level company business strategy. |

| Proposed Portions to be Sealed | Subject Matter |
|---|---|
| P. 62:1-20 | Board and Audit and Risk Committee deliberations and materials; highly sensitive information about Block's strategies, practices and operations, including details regarding the operations of its proprietary risk control and anti-fraud systems, internal data and conclusions reflecting the results of those systems, and high-level company business strategy. |
| P. 63:1-20 | Board and Audit and Risk Committee deliberations and materials; highly sensitive information about Block's strategies, practices and operations, including details regarding the operations of its proprietary risk control and anti-fraud systems, internal data and conclusions reflecting the results of those systems, and high-level company business strategy. |
| P. 64:1-2; 4-22 | Board and Audit and Risk Committee deliberations and materials; highly sensitive information about Block's strategies, practices and operations, including details regarding the operations of its proprietary risk control and anti-fraud systems, internal data and conclusions reflecting the results of those systems, and high-level company business strategy. |
| P. 65:1-24 | Board and Audit and Risk Committee deliberations and materials; highly sensitive information about Block's strategies, practices and operations, including details regarding the operations of its proprietary risk control and anti-fraud systems, internal data and conclusions reflecting the results of those systems, and high-level company business strategy. |
| P. 66:1-8; 10-14; 16-19; 25-28 | Board and Audit and Risk Committee deliberations and materials; highly sensitive information about Block's strategies, practices and operations, including details regarding the operations of its proprietary risk control and anti-fraud systems, internal data and conclusions reflecting the results of those systems, and high-level company business strategy. |
| P. 67:1-3 | Board and Audit and Risk Committee deliberations and materials; highly sensitive information about Block's strategies, practices and operations, including details regarding the operations of its proprietary risk control and anti-fraud systems, internal data and conclusions reflecting the results of those systems, and high-level company business strategy. |
| P. 69:25-28 | Board and Audit and Risk Committee deliberations and materials; highly sensitive information about Block's strategies, practices and operations, including details regarding the operations of its proprietary risk control and anti-fraud systems, internal data and conclusions reflecting the results of those systems, and high-level company business strategy. |

| Proposed Portions to be Sealed | Subject Matter |
|---|---|
| P. 70:1; 13-15 | Board and Audit and Risk Committee deliberations and materials; highly sensitive information about Block's strategies, practices and operations, including details regarding the operations of its proprietary risk control and anti-fraud systems, internal data and conclusions reflecting the results of those systems, and high-level company business strategy. |
| P. 74:6-12; 14-21 | Board and Audit and Risk Committee deliberations and materials; highly sensitive information about Block's strategies, practices and operations, including details regarding the operations of its proprietary risk control and anti-fraud systems, internal data and conclusions reflecting the results of those systems, and high-level company business strategy. |
| P. 75:1-2; 4-20 | Board and Audit and Risk Committee deliberations and materials; highly sensitive information about Block's strategies, practices and operations, including details regarding the operations of its proprietary risk control and anti-fraud systems, internal data and conclusions reflecting the results of those systems, and high-level company business strategy. |
| P. 84:10-22 | Board and Audit and Risk Committee deliberations and materials; highly sensitive information about Block's strategies, practices and operations, including details regarding the operations of its proprietary risk control and anti-fraud systems, internal data and conclusions reflecting the results of those systems, and high-level company business strategy. |
| P. 85:1-4 | Board and Audit and Risk Committee deliberations and materials; highly sensitive information about Block's strategies, practices and operations, including details regarding the operations of its proprietary risk control and anti-fraud systems, internal data and conclusions reflecting the results of those systems, and high-level company business strategy. |
| P. 95:26 | Board and Audit and Risk Committee deliberations and materials; highly sensitive information about Block's strategies, practices and operations, including details regarding the operations of its proprietary risk control and anti-fraud systems, internal data and conclusions reflecting the results of those systems, and high-level company business strategy. |
| P. 96:1-4; 7-9; 21-28 | Board and Audit and Risk Committee deliberations and materials; highly sensitive information about Block's strategies, practices and operations, including details regarding the operations of its proprietary risk control and anti-fraud systems, internal data and conclusions reflecting the results of those systems, and high-level company business strategy. |

| Proposed Portions to be Sealed | Subject Matter |
|---|---|
| P. 97:2-8 | Board and Audit and Risk Committee deliberations and materials; highly sensitive information about Block's strategies, practices and operations, including details regarding the operations of its proprietary risk control and anti-fraud systems, internal data and conclusions reflecting the results of those systems, and high-level company business strategy. |

13.     On April 25, 2025, I conferred with Plaintiff's counsel regarding the portions of the Complaint that were redacted. Plaintiff's counsel represented that Plaintiff would not object to Block seeking to maintain the confidentiality of the portions of the Complaint that Plaintiff redacted.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on this 1st day of May, 2025, at San Francisco, California.

_____/s/ Brian M. Lutz_____

Brian M. Lutz