Jacob A. Walker (SBN 271217)
**BLOCK & LEVITON LLP**
400 Concar Drive
San Mateo CA 94402
(650) 781-0025
jake@blockleviton.com

*Counsel for Plaintiff James Kelly*

[Additional Counsel Appear on Signature Page]

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VIRAJ PATEL, Derivatively on Behalf of Nominal Defendant BLOCK, INC., <br><br> Plaintiff, <br><br> v. <br><br> JACK DORSEY, ROELOF BOTHA, AMY BROOKS, SHAWN CARTER, PAUL DEIGHTON, RANDY GARUTTI, JIM MCKELVEY, MARY MEEKER, NEHA NARULA, LAWRENCE SUMMERS, DAVID VINIAR, DARREN WALKER, SHARON ROTHSTEIN, ANNA PATTERSON, and AMRITA AHUJA, <br><br> Defendants, <br><br> and <br><br> BLOCK INC., <br><br> Nominal Defendant. | Case No. 5:25-cv-01262-NW <br><br> **STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED SHAREHOLDER DERIVATIVE ACTIONS** |
| DONALD WALLACE, derivatively on behalf of Block, Inc., <br><br> Plaintiff, <br><br> v. <br> AMRITA AHUJA, ROELOF BOTHA, AMY BROOKS, SHAWN "JAY-Z" CARTER, PAUL DEIGHTON, JACK DORSEY, RANDALL GARUTTI, JAMES | Case No. 5:25-cv-02202-NW |

| | |
|---|---|
| MCKELVEY, MARY MEEKER, and NEHA NARULA, | |
| Defendants, | |
| and | |
| BLOCK, INC., a Delaware Corporation, | |
| Nominal Defendant. | |
| ANAND ROY, derivatively on behalf of BLOCK, INC., | |
| Plaintiff, | |
| v. | Case No. 5:25-cv-02810-NW |
| JACK DORSEY, ROELOF BOTHA, AMY BROOKS, PAUL DEIGHTON, RANDY GARUTTI, JIM MCKELVEY, MARY MEEKER, NEHA NARULA, LAWRENCE SUMMERS, DAVID VINIAR, DARREN WALKER, SHARON ROTHSTEIN, ANNA PATTERSON, and AMRITA AHUJA, | |
| Defendants, | |
| and | |
| BLOCK, INC., | |
| Nominal Defendant. | |
| XIN LI, derivatively on behalf of BLOCK, INC., | |
| Plaintiff, | |
| v. | Case No. 4:25-cv-03425-DMR |
| JACK DORSEY, ROELOF BOTHA, AMY BROOKS, PAUL DEIGHTON, RANDY GARUTTI, JIM MCKELVEY, MARY | |

2   STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED SHAREHOLDER DERIVATIVE ACTIONS

MEEKER, NEHA NARULA, DAVID VINIAR, DARREN WALKER, SHARON ROTHSTEIN, ANNA PATTERSON, and AMRITA AHUJA,

                Defendants,

and

BLOCK, INC.,

                Nominal Defendant.

JAMES KELLY, Derivatively on Behalf of BLOCK, INC.,

                Plaintiff,

                v.

JACK DORSEY, AMRITA AHUJA, ROELOF BOTHA, AMY BROOKS, SHAWN CARTER, PAUL DEIGHTON, RANDY GARUTTI, JAMES MCKELVEY, MARY MEEKER, ANNA PATTERSON, SHARON ROTHSTEIN, LAWRENCE SUMMERS, and DAVID VINIAR,

                Defendants,

and

BLOCK, INC.,

                Nominal Defendant.

Case No. 4:25-cv-03615-KAW

Plaintiffs Viraj Patel, Donald Wallace, Anand Roy, Xin Li, and James Kelly ("Plaintiffs"); Defendants Jack Dorsey, Roelof Botha, Amy Brooks, Shawn Carter, Paul Deighton, Randy Garutti, James McKelvey, Mary Meeker, Neha Narula, Lawrence Summers, David Viniar, Darren Walker, Sharon Rothstein, Anna Patterson, and Amrita Ahuja (the "Individual Defendants"); and Nominal Defendant Block, Inc. ("Block," and together with the Individual Defendants, "Defendants," and together with Plaintiffs, the "Parties"), by and through their undersigned counsel, jointly submit this stipulation to consolidate the above-captioned actions.

WHEREAS, the five above-captioned derivative actions are pending before the United States District Court for the Northern District of California, entitled: *Patel v. Dorsey et al.*, Case No. 5:25-cv-01262-NW (N.D. Cal. Feb. 5, 2025) (the "*Patel* Action"); *Wallace v. Ahuja et al.*, Case No. 5:25-cv-02202-NW (N.D. Cal. Mar. 4, 2025) (the "*Wallace* Action"); *Roy v. Dorsey et al.*, Case No. 5:25-cv-02810-NW (N.D. Cal. Mar. 25, 2025) (the "*Roy* Action"); *Li v. Dorsey et al.*, Case No. 4:25-cv-03425-DMR (N.D. Cal. Apr. 17, 2025) (the "*Li* Action); and *Kelly v. Dorsey et al.*, Case No. 3:25-cv-03165-KAW (N.D. Cal. Apr. 24, 2025) (the "*Kelly* Action") (collectively, the "Derivative Actions");

WHEREAS, the Derivative Actions each bring derivative claims against current and former directors and/or officers of Block for alleged breaches of fiduciary duty and violations of the federal securities laws;

WHEREAS, on April 16, 2025, this Court entered an Order relating the *Patel* Action, the *Wallace* Action, and the *Roy* Action (the "Related Derivative Actions") and further relating the Related Derivative Actions to the securities class action suit pending in this Court entitled *Gonsalves v. Block Inc. et al.*, Case. No. 5:25-cv-00642-NW (N.D. Cal. Jan. 17, 2025);

WHEREAS, under Federal Rule of Civil Procedure 42(a), when actions "involve a common question of law or fact," the Court may "(1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay";

WHEREAS, the Parties have met and conferred and agree that the Derivative Actions challenge substantially similar alleged conduct and involve overlapping questions of law and fact,

and that the administration of justice would be best served by consolidating the Derivative Actions; and

WHEREAS, the parties agree that, pursuant to Federal Rule of Civil Procedure 42(a), the Derivative Actions should be consolidated for all purposes into a single consolidated action (the "Consolidated Derivative Action") to avoid duplication of effort and potentially conflicting results, and to conserve party and judicial resources;

NOW, THEREFORE, the Parties, by and through their undersigned counsel, hereby stipulate and agree as follows:

1. Counsel for Defendants agrees to accept service of the complaint in each of the Derivative Actions to the extent that service has not been perfected as to any Defendant, provided, however, that the acceptance of service shall not waive any rights, claims, and defenses other than a defense as to the sufficiency of service.

2. The Derivative Actions are hereby consolidated for all purposes, including any pre-trial proceedings and trial, into the Consolidated Derivative Action under Case No. 5:25-cv-01262-NW.

3. Every document filed in the Consolidated Derivative Action shall bear the following caption:

| IN RE BLOCK INC. SHAREHOLDER DERIVATIVE LITIGATION | Case No. 5:25-cv-01262-NW (Consolidated) |
|---|---|
| This Document Relates to: ALL ACTIONS | |

4. All papers filed in connection with the Consolidated Derivative Action will be maintained in one file under Case No. 5:25-cv-01262-NW. All documents previously filed and/or served in the Derivative Actions shall be deemed part of the record in the Consolidated Derivative Action.

5. The terms of this Order shall apply to actions later instituted in, removed to, or transferred to, this Court that involve the same or substantially similar issues of law and fact,

5   STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED SHAREHOLDER DERIVATIVE ACTIONS

subject to applicable rules. Counsel shall call to the attention of the Court and the Clerk the filing or transfer of any case which might properly be consolidated with the Consolidated Derivative Action.

      6. Any applications or motions for the appointment of Lead Counsel shall be filed fourteen (14) days after entry of this Order. Any responses to applications or motions for the appointment of Lead Counsel shall be filed fourteen (14) days thereafter. If any due date falls on a weekend or holiday, the due date shall be extended to the following business day.

      7. The deadlines and initial Case Management Orders in the Derivative Actions are vacated, to be rescheduled as the Court determines to be appropriate after the Derivative Actions are consolidated.

      8. Defendants are not required to answer or otherwise respond to the complaints in the Derivative Actions. Within seven (7) days following the appointment of Lead Counsel, the Parties shall submit a stipulation setting forth a schedule governing Defendants' responses to the complaint.

      9. By entering into this Stipulation, the Parties do not waive any rights, claims, arguments, or defenses of any kind, and no part of this Stipulation shall be construed as a waiver of any rights, claims, arguments, or defenses.

**IT IS SO STIPULATED.**

|    |                      |                                                      |
|----|----------------------|------------------------------------------------------|
| 1  |                      |                                                      |
| 2  |                      | Respectfully submitted,                              |
| 3  | Dated: May 2, 2025   | **TOSTRUD LAW GROUP P.C.**                           |

Dated: May 2, 2025

Respectfully submitted,

**TOSTRUD LAW GROUP P.C.**
*/s/ Jon. A. Tostrud*___
Jon A. Tostrud (CA. Bar No. 199502)
1925 Century Park East, Ste. 2100
Los Angeles, CA. 90067
Telephone: (310) 278-2600
Facsimile: (310) 278-2640
jtostrud@tostrudlaw.com

**RIGRODSKY LAW, P.A.**
Timothy J. MacFall
Samir Aougab
825 East Gate Boulevard, Ste. 300
Garden City, NY 11530
Telephone: (516) 683-3516
tjm@rl-legal.com
sa@rl-legal.com

**GRABAR LAW OFFICE**
Joshua H. Grabar
One Liberty Place
1650 Market Street, Ste. 3600
Philadelphia, PA 19103
Telephone: 267-507-6085
jgrabar@grabarlaw.com

*Counsel for Plaintiff Viraj Patel*

Dated: May 2, 2025

**LAW OFFICE OF FRANCIS J. FLYNN, JR.**
*/s/ Francis J. Flynn, Jr._*
Francis J. "Casey" Flynn, Jr., #304712
5067 Metropolitan Plz
Los Angeles, CA 90036
Tele: 314-662-2836
casey@lawofficeflynn.com

**ROWLEY LAW PLLC**
Shane T. Rowley (to seek admission pro hac vice)
Danielle Rowland Lindahl (to seek admission pro hac vice)
50 Main Street, Suite 1000
White Plains, New York 10606

7     STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED SHAREHOLDER DERIVATIVE ACTIONS

Phone: (914) 400-1920
srowley@rowleylawpllc.com
drl@rowleylawpllc.com

*Counsel for Plaintiff Donald Wallace*

Dated: May 2, 2025

**THE BROWN LAW FIRM, P.C.**
*/s/ Robert C. Moest*
Robert C. Moest, Of Counsel, SBN 62166
2530 Wilshire Boulevard, Second Floor
Santa Monica, CA 90403
Telephone: (310) 915-6628
Facsimile: (310) 915-9897
RMoest@aol.com

**THE BROWN LAW FIRM, P.C.**
Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
tbrown@thebrownlawfirm.net

*Counsel for Plaintiff Anand Roy*

Dated: May 2, 2025

**THE ROSEN LAW FIRM, P.A.**
*/s/ Laurence M. Rosen*
Laurence M. Rosen (SBN 219683)
355 S. Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
lrosen@rosenlegal.com

*Counsel for Plaintiff Xin Li*

Dated: May 2, 2025

**BLOCK & LEVITON LLP**
*/s/ Jacob A. Walker*
Jacob A. Walker (SBN 271217)
400 Concar Drive
San Mateo CA 94402
(650) 781-0025
jake@blockleviton.com

Jason Leviton (*pro hac vice* forthcoming)
Nathan Abelman (*pro hac vice* forthcoming)

8    STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED SHAREHOLDER DERIVATIVE ACTIONS

**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
(617) 398-5600
jason@blockleviton.com
nathan@blockleviton.com

Daniel B. Rehns (*pro hac vice* forthcoming)
Scott R. Jacobsen (*pro hac vice* forthcoming)
John W. Baylet (*pro hac vice* forthcoming)
**HACH ROSE SCHIRRIPA & CHEVERIE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016
(212) 213-8311
drehns@hrsclaw.com
sjacobsen@hrsclaw.com
JBaylet@hrsclaw.com

*Counsel for Plaintiff James Kelly*

Dated: May 2, 2025

**GIBSON, DUNN & CRUTCHER LLP**
*/s/ Brian M. Lutz*
Brian M. Lutz (SBN 255976)
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
(415) 393-8200
BLutz@gibsondunn.com

Colin B. Davis (SBN 273942)
**GIBSON, DUNN & CRUTCHER LLP**
3161 Michelson Drive, Suite 1200
Irvine, CA 92612
(949) 451-3800
CDavis@gibsondunn.com

*Counsel for Defendants and Nominal Defendant Block, Inc.*

9    STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED SHAREHOLDER DERIVATIVE ACTIONS

**ATTESTATION OF CONCURRENCE**

I, Jacob A. Walker, attest pursuant to Local Rule 5-1(i)(3) that all other signatories to this document, on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

Dated: May 2, 2025                                           /s/ Jacob A. Walker
                                                                          Jacob A. Walker

### [PROPOSED] ORDER AS MODIFIED

Based on the stipulations of the signed Parties, and good cause appearing, IT IS HEREBY ORDERED that the Stipulation is approved.  IT IS FURTHER ORDERED that the following cases shall be terminated in accordance with the regular procedures of the Clerk of this Court, and all pending schedules, deadlines, or dates in the following cases shall be terminated and the cases closed: 5:25-cv-02202-NW; 5:25-cv-02810-NW; 4:25-cv-03425-DMR; 3:25-cv-03165-KAW.

**IT IS SO ORDERED.**

Dated:  May 6, 2025 , 2025

_____
United States District Judge

11          STIPULATION AND [PROPOSED] ORDER CONSOLIDATING
RELATED SHAREHOLDER DERIVATIVE ACTIONS